## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM R. TINNERMAN,

        Plaintiff,

v.                                                Case No. 3:19-cv-1429-J-32PDB

UNITED STATES OF AMERICA,

        Defendant.

_____

## O R D E R

The Court has pending a fully briefed motion to dismiss in which the government claims this tax refund case should be dismissed for lack of subject matter jurisdiction as to certain counts and for failure to state a claim as to another.  <u>See</u> Docs. 6, 17, 20, 23.  Plaintiff now seeks leave to amend his complaint to shorten, "simplify," "clarify" and "focus" his claims, including separating one of his counts into two, and withdrawing another count.  Doc. 24.  The government opposes the amendment on grounds of untimeliness, bad faith, and futility.  Doc. 26.

While the motion was filed later than it should have been under the parties' scheduling order, Rule 15 dictates that leave to amend should be freely given when justice so requires.  <u>See</u> Fed.R.Civ.P. 15(a)(2).  As plaintiff has not previously amended his complaint, and in light of his representations of his

intentions to "cure any deficiency" in the original complaint, the Court will permit him one opportunity to do so.[1]   However, this is not a license to add new claims.   Instead, the Court will hold plaintiff to his word. To ameliorate any prejudice from the untimeliness, the Court will vacate the current case schedule.   But because of the length of time this case has now been pending, the Court does not intend to extend the briefing schedule below.

Accordingly, it is hereby

**ORDERED**:

1.   Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 24) is **GRANTED**.[2]   No later than **September 10, 2020**, plaintiff shall file his amended complaint.

2.   The government shall file its motion to dismiss or an answer no later than **October 8, 2020**.   If the government moves to dismiss, plaintiff must file his response no later than **October 29, 2020**.

3.   The deadlines and settings in the Court's Case Management and Scheduling Order (Doc. 15) are **VACATED**, to be reset as appropriate at a later

---

[1] The Court and defendant were hampered in considering the motion by plaintiff's failure to attach his proposed amended complaint.

[2] The government's motion to dismiss (Doc. 6), plaintiff's motion requesting delay of consideration of the motion to dismiss (Doc. 25), and plaintiff's motion for leave to file a reply on the motion for leave to amend (Doc. 27), are now **MOOT**.

date.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of

August, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record